UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60624-CIV-ZLOCH/ROSENBAUM

HARVEY GOODMAN,

    Plaintiff,

vs.

TATTON ENTERPRISES, INC., d/b/a
THAI SPICE RESTAURANT, and
SAUL & J STRACHMAN REV LIV TRUST,

    Defendants.
_____/

## ORDER

This matter is before the Court upon Defendants' Joint Motion for Sanctions [D.E. 80], Defendants' Joint Motion for Hearing on Defendants' Joint Motion for Sanctions [D.E. 81], Defendants' Joint Motion for Attorney's Fees and Expenses [D.E. 90], Defendants' Joint Motion for Hearing on Defendants' Joint Motion for Attorney's Fees and Expenses [D.E. 91], Defendants' Joint Motion to Compel Plaintiff to Appear for Deposition and to Respond to Written Discovery [D.E. 106], and Plaintiff's Motion for Sanctions [D.E. 113], referred to me by the Honorable William J. Zloch.  *See* D.E. 92.

Defendants' Joint Motion for Hearing on Defendants' Joint Motion for Sanctions [D.E. 81] and Defendants' Joint Motion for Hearing on Defendants' Joint Motion for Attorney's Fees and Expenses [D.E. 91] are hereby **GRANTED**.  On **Monday, May 14, 2012**, beginning at **9:30 a.m.**, an ***evidentiary hearing*** shall be held on Defendants' Joint Motion for Sanctions [D.E. 80], Defendants' Joint Motion for Attorney's Fees and Expenses [D.E. 90], and Plaintiff's Motion for Sanctions [D.E. 113].  The Court has set aside the entire day to conduct the hearing.  At the hearing, among other materials, counsel for Plaintiff shall be prepared to submit a detailed accounting of all

hours he has spent in litigating this case.[1]

With respect to Defendants' Joint Motion to Compel Plaintiff to Appear for Deposition and to Respond to Written Discovery [D.E. 106], the Court notes that Plaintiff is elderly and, based on Plaintiff's counsel's representations, appears to be in ill health.  On the other hand, Plaintiff chose to institute this lawsuit and pursue it for several months, and he could fairly and reasonably be expected to possess significant factual information bearing on the pending motions.  Under these circumstances, the Court finds that Defendants should have the opportunity to take the testimony of Plaintiff.  In the interests of making this as easy as possible for Plaintiff, in view of his apparent present health, though, the Court will offer Plaintiff the option of appearing for deposition or presenting himself for testimony at the evidentiary hearing scheduled for May 14, 2012.  Should Plaintiff choose to appear for deposition, he shall do so prior to **April 25, 2012**, to allow time for a transcript to be prepared and used at the May 14, 2012, evidentiary hearing, should either side wish to present such testimony.  Barring a finding by this Court that Plaintiff's counsel's representations regarding Plaintiff's health are not accurate, whether Plaintiff appears for a deposition or for the evidentiary hearing, Defendants' questioning of him shall not exceed a total of sixty minutes.  In all other regards, Defendants' Joint Motion to Compel Plaintiff to Appear for Deposition and to Respond to Written Discovery [D.E. 106] is **DENIED**.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 4th day of April 2012.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    Honorable William J. Zloch
       Counsel of Record

---

[1] Counsel for Defendants have already filed their billing records.  See D.E. 90-1 at 15-44.