UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60624-WJZ (Zloch/Rosenbaum)

HARVEY GOODMAN,

    Plaintiff,

v.

TATTON ENTERPRISES, INC., a Florida
corporation d/b/a THAI SPICE RESTAURANT,
and SAUL & J STRACHMAN REV LIV TRUST,

    Defendants.
_____/

## DEFENDANTS' SECOND JOINT SUPPLEMENT TO THEIR
## VERIFIED MOTION FOR ATTORNEY'S FEES AND EXPENSES [DE 90]

Defendants Tatton Enterprises, Inc. ("Tatton") and Saul Strachman and Judith Strachman, as Trustees (the "Strachmans"), by and through their respective undersigned counsel, hereby file this second supplement to their verified motion for attorney's fees and expenses [DE 90], as follows:[1]

Attached hereto as Exhibit "A" are supplemental billing records from Tatton's counsel, reflecting $9,943.00 in attorney's fees, costs and expenses incurred by Tatton between May 13, 2012 (when Defendants filed their initial joint supplement) and June 29, 2012.

Attached hereto as Exhibit "B" are supplemental billing records from the Strachmans' counsel, reflecting $10,178.13 in attorney's fees, costs and expenses incurred by the Strachmans between May 13, 2012 (when Defendants filed their initial joint supplement) and June 29, 2012.

---

[1] Defendants' initial joint supplement was filed on May 13, 2012 [DE 137].

Respectfully submitted this 3rd day of June, 2012.

/s Roslyn L. Stevenson[2]
Roslyn L. Stevenson, Esq.
Florida Bar No. 829803
E-mail: roslyn.rlslaw@gmail.com
Roslyn L. Stevenson, P.A.
411 South Presidential Circle
4000 Hollywood Boulevard
Hollywood, Florida 33021
Telephone:   (954) 964-0061
Facsimile:   (954) 964-6303
Counsel for Defendants
Saul & J. Strachman, as Trustees

/s Adam S. Chotiner
Adam S. Chotiner, Esq.
Florida Bar No. 0146315
E-mail: aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman &
  Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Defendant Tatton
Enterprises, Inc.

---

[2]   Roslyn L. Stevenson has provided Adam S. Chotiner with express authority to jointly file this supplement.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  *s/ Adam S. Chotiner*
                                                  ADAM S. CHOTINER, ESQ.

## SERVICE LIST

Harvey Goodman v. Tatton Enterprises, Inc., et al.
Case No. 0:10-cv-60624-WJZ   (Zloch/Rosenbaum)
United States District Court, Southern District of Florida

| | |
|---|---|
| B. Bradley Weitz, Esq.<br>E-Mail:  bbw@weitzfirm.com<br>The Weitz Law Firm, P.A.<br>18305 Biscayne Blvd., Suite 214<br>Aventura, FL  33160<br>Telephone:  (305) 949-7777<br>Facsimile:    (305) 949-3877<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail:  aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Gora, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, FL  33434<br>Telephone:  (561) 477-7800<br>Facsimile:    (561) 477-7722<br>Counsel for Defendant Tatton Enterprises<br>*Via CM/ECF* |
| Bruce S. Rogow, Esq.<br>E-Mail: brogow@rogowlaw.com<br>Bruce S. Rogow, P.A.<br>500 E. Broward Blvd., 1930<br>Fort Lauderdale, FL  33394<br>Telephone:  (954) 767-8909<br>Facsimile:    (954) 764-1530<br>Counsel for Plaintiff and<br> B. Bradley Weitz<br>*Via CM/ECF* | Roslyn L. Stevenson, Esq.<br>E-Mail:  roslyn.rlslaw@gmail.com<br>Roslyn L. Stevenson, P.A.<br>411 South Presidential Circle<br>4000 Hollywood Blvd.<br>Hollywood, FL  33021<br>Telephone:  (954) 964-0061<br>Facsimile:    (954) 964-6303<br>Counsel for Defendants Saul & J Strachman<br> Rev Liv Trust<br>*Via CM/ECF* |