UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60624-CIV-ZLOCH/ROSENBAUM

HARVEY GOODMAN,
    Plaintiff,

v.

TATTON ENTERPRISES, INC., d/b/a
THAI SPICE RESTAURANT, and
SAUL & J STRACHMAN REV LIV TRUST,
    Defendants.
_____/

## NOTICE OF AGREEMENT TO PAY THE REASONABLE FEES AND COSTS CONTEMPLATED BY THE REPORT AND RECOMMENDATION

    B. Bradley Weitz has deposited the sum of $110,000 into the trust account of Bruce S. Rogow, P. A., in accord with his agreement to pay the reasonable fees and costs contemplated by the Report and Recommendations entered on June 1, 2012 [D.E. 150] ("the Report and Recommendation") in this cause. The Defendants have been provided with written confirmation of the deposit prior to the filing of this Notice. The $110,000 sum may be in excess of the actual amount of the actual fees and costs, but counsel for the Defendants have agreed that the Trust Account deposited sum will be sufficient to satisfy the Defendants' claim for their reasonable fees and costs through the trial court level.

    Mr. Weitz will not be filing Objections to the Report and Recommendation or a Notice of Appeal on the Order to be entered subsequently by Judge Zloch on the Report and Recommendations.

    Counsel for the Defendants have authorized undersigned counsel to file this Notice this day.

B. Bradley Weitz

/s/ Bruce S. Rogow
BRUCE S. ROGOW
Fla. Bar No. 067999
TARA A. CAMPION
Fla. Bar No. 0090944
BRUCE S. ROGOW, P.A.
Broward Financial Center
500 E. Broward Blvd., 1930
Ft Lauderdale, Florida 33394
Ph:   954.767.8909
Fax:  954.764.1530
brogow@rogowlaw.com
tcampion@rogowlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: */s/ Bruce S. Rogow*

## SERVICE LIST

CASE NO. 10-60624-CIV-ZLOCH/ROSENBAUM

*Counsel for Defendant, Tattoo Enterprises, Inc.*

Adam Chotiner
Shapiro Balsi Wasserman & Gora P.A.
7777 Glades Road Ste 400
Boca Raton, FL 33434

*Counsel for Defendant,*

Roslyn Stevenson
Roslyn L. Stevenson, P.A.
4000 Hollywood Blvd., Ste 411S
Hollywood, FL 33021

*Counsel for Plaintiff, Harvey Goodman*

B. Bradley Weitz
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Ste 214
Aventura, FL 33160

By: */s/ Bruce S. Rogow*
BRUCE S. ROGOW