UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60624-CIV-ZLOCH/ROSENBAUM

**HARVEY GOODMAN**,

    Plaintiff,

v.

**TATTON ENTERPRISES, INC., d/b/a
THAI SPICE RESTAURANT, and
SAUL & J STRACHMAN REV LIV TRUST**,

    Defendants.
_____/

**NOTICE OF COMPLIANCE WITH PAGE 65, ¶4 OF
REPORT AND RECOMMENDATION (DE 150)**

    Counsel for the Defendants have submitted documentation relating to paragraph 4, p. 65 of the June 1, 2012 Report and Recommendation (DE 150) and undersigned counsel has this day wired from his IOTA Trust Account, to their respective accounts, the appropriate sums, obviating the need for the Report and Recommendation paragraph 4, p. 65 "subsequent report and recommendation or order. . . ."

    Respectfully submitted,

*/s/ Bruce S. Rogow*
BRUCE S. ROGOW
Fla. Bar No. 067999
TARA A. CAMPION
Fla. Bar No. 0090944
BRUCE S. ROGOW, P.A.
Broward Financial Center
500 E. Broward Blvd., 1930
Ft Lauderdale, Florida 33394
Ph:    954.767.8909
Fax:   954.764.1530
brogow@rogowlaw.com
tcampion@rogowlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: */s/ Bruce S. Rogow*
BRUCE S. ROGOW

## **SERVICE LIST**

### *CASE NO. 10-60624-CIV-ZLOCH/ROSENBAUM*

*Counsel for Defendant, Tattoon Enterprises, Inc.*

Adam Chotiner
Shapiro Balsi Wasserman & Gora P.A.
7777 Glades Road Ste 400
Boca Raton, FL 33434

*Counsel for Defendant, Saul & J Strachman*

Roslyn Stevenson
Roslyn L. Stevenson, P.A.
4000 Hollywood Blvd., Ste 411S
Hollywood, FL 33021

*Counsel for Plaintiff, Harvey Goodman*

B. Bradley Weitz
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Ste 214
Aventura, FL 33160

By: */s/ Bruce S. Rogow*
    BRUCE S. ROGOW