```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 10-60624-CIV-ZLOCH
```

HARVEY GOODMAN,

       Plaintiff,

vs.                                         **O R D E R**

TATTON ENTERPRISES, INC., d/b/a
THAI SPICE RESTAURANT, and
SAUL & J STRACHMAN REV LIV TRUST,

       Defendants.

_____/

       THIS MATTER is before the Court upon the Report and Recommendation (DE 150) filed herein by United States Magistrate Judge Robin S. Rosenbaum, Defendants' Joint Verified Motion For Attorney's Fees And Expenses (DE 90), Defendants' Joint Motion For Sanctions (DE 80), and Plaintiff's Rule 11 Motion For Sanctions (DE 113). No Objections to the instant Report and Recommendation (DE 150) have been filed. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

       Accordingly, after due consideration, it is

       **ORDERED AND ADJUDGED** that the Court will approve, adopt and ratify in part and decline to approve, adopt and ratify in part the Report and Recommendation (DE 150) filed herein by United States Magistrate Judge Robin S. Rosenbaum as follows:

       1. The instant Report and Recommendation (DE 150) is hereby approved, adopted, and ratified as follows:

              a. Plaintiff's Rule 11 Motion For Sanctions (DE 113) be and the same is hereby **DENIED**;

              b. Defendants' Joint Verified Motion For Attorney's Fees And Expenses (DE 90) be and the same is hereby **GRANTED** in part as

to any fees or expenses incurred by Defendants from November 30, 2010, until and including the date of this Order, and **DENIED** in part as to any fees or expenses incurred by Defendants prior to November 30, 2010, consistent with the terms set forth in the instant Report and Recommendation (DE 150);

  c. Defendants' Joint Motion For Sanctions (DE 80) be and the same is hereby **GRANTED** in part as to the events on and after November 30, 2010, and **DENIED** in part as to the events before November 30, 2010, all as detailed in the Report and Recommendation (DE 150);

 2. To the extent the instant Report and Recommendation (DE 150) might be understood to recommend no additional sanctions beyond the attorneys fees and costs detailed therein, the Court **DECLINES** to adopt, approve and ratify the same;

 3. By noon on Tuesday, August 21, 2012, Defendants are directed to file a Memorandum with the Clerk of this Court advising the Court of the total amount of costs and fees Plaintiff has paid to them in the above-styled cause; and

 4. The Court will consider whether to impose additional sanctions against B. Bradley Weitz, Esq. by separate Order and Hearing.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_14th\_\_\_ day of August, 2012.

_/s/ William J. Zloch_
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record