UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60624-WJZ (Zloch/Rosenbaum)

HARVEY GOODMAN,

    Plaintiff,

v.

TATTON ENTERPRISES, INC., a Florida
corporation d/b/a THAI SPICE RESTAURANT,
and SAUL & J STRACHMAN REV LIV TRUST,

    Defendants.
_____/

### DEFENDANTS' MEMORANDUM IN RESPONSE TO COURT'S AUGUST 14, 2012 ORDER [DE 161] REGARDING FEES AND COSTS PAID BY PLAINTIFF

Defendants Tatton Enterprises, Inc. ("Tatton") and Saul Strachman and Judith Strachman, as Trustees (the "Strachmans"), by and through their respective undersigned counsel, pursuant to the Court's August 14, 2012 Order [DE 161], hereby submit this memorandum to advise the Court of the total amount of fees and costs Plaintiff has paid them in this action.

Plaintiff has paid Tatton a grand total of $58,637.44 and has paid the Strachmans a grand total of $46,863.83. These payments represent payment-in-full for all attorney's fees, costs and expenses incurred by Defendants in this action from the time period of December 1, 2010 through and including August 14, 2012.

Respectfully submitted this 21st day of August, 2012.

[Signature blocks on following page.]

| | |
|---|---|
| /s Roslyn L. Stevenson[1] | /s Adam S. Chotiner |
| Roslyn L. Stevenson, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 829803 | Florida Bar No. 0146315 |
| E-mail: roslyn.rlslaw@gmail.com | E-mail: aschotiner@sbwlawfirm.com |
| Roslyn L. Stevenson, P.A. | Shapiro, Blasi, Wasserman & |
| 411 South Presidential Circle | Gora, P.A. |
| 4000 Hollywood Boulevard | 7777 Glades Road, Suite 400 |
| Hollywood, Florida 33021 | Boca Raton, Florida 33434 |
| Telephone:  (954) 964-0061 | Telephone:  (561) 477-7800 |
| Facsimile:   (954) 964-6303 | Facsimile:   (561) 477-7722 |
| Counsel for Defendants | Counsel for Defendant Tatton |
| Saul & J. Strachman, as Trustees | Enterprises, Inc. |

---

[1] Roslyn L. Stevenson has provided Adam S. Chotiner with express authority to jointly file this memorandum.

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

Harvey Goodman v. Tatton Enterprises, Inc., et al.
Case No. 0:10-cv-60624-WJZ   (Zloch/Rosenbaum)
United States District Court, Southern District of Florida

B. Bradley Weitz, Esq.
E-Mail:  bbw@weitzfirm.com
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL  33160
Telephone:   (305) 949-7777
Facsimile:     (305) 949-3877
Counsel for Plaintiff
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:     (561) 477-7722
Counsel for Defendant Tatton Enterprises
*Via CM/ECF*

Bruce S. Rogow, Esq.
E-Mail: brogow@rogowlaw.com
Bruce S. Rogow, P.A.
500 E. Broward Blvd., 1930
Fort Lauderdale, FL  33394
Telephone:   (954) 767-8909
Facsimile:     (954) 764-1530
Counsel for Plaintiff and
 B. Bradley Weitz
*Via CM/ECF*

Roslyn L. Stevenson, Esq.
E-Mail:  roslyn.rlslaw@gmail.com
Roslyn L. Stevenson, P.A.
411 South Presidential Circle
4000 Hollywood Blvd.
Hollywood, FL  33021
Telephone:   (954) 964-0061
Facsimile:     (954) 964-6303
Counsel for Defendants Saul & J Strachman
  Rev Liv Trust
*Via CM/ECF*