UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60624-CIV-ZLOCH

HARVEY GOODMAN,

    Plaintiff,

vs.    **AMENDED ORDER TO SHOW CAUSE**

TATTON ENTERPRISES, INC., d/b/a
THAI SPICE RESTAURANT, and
SAUL & J STRACHMAN REV LIV TRUST,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Parties to the instant action shall appear at <u>11:00 a.m.</u> on <u>Wednesday, September 12, 2012</u>, at the United States Courthouse located at 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, Courtroom A, for a hearing before the undersigned at which B. Bradley Weitz, Esq. will be required to show good cause why additional sanctions should not be imposed upon him for his conduct in the above-styled cause. The Show Cause Hearing previously set for <u>11:00 a.m.</u> on <u>Thursday, September 6, 2012</u>, be and the same is hereby **CANCELLED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2012.

                                               WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record